FILED
DEC 0 1 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>**ROBERTO GARCIA-GARCIA,**<br><br>    Defendant. | Case No.: 10CR2961-GT<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the sentencing hearing be continued from December 1, 2010 at 9:00 a.m. be rescheduled to **January 28, 2011 at 9:00 a.m.**, or such other later time as convenient for the Court.

Dated: 12-1-10

_____
HONORABLE GORDON THOMPSON, JR.
United States District Judge